UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE,

    Plaintiff,

v.

DEXTER COMMUNITY SCHOOLS,
CHRISTOPHER TIMMIS, Superintendent,
in his Official and Individual Capacities;
WILLIAM MORAN, Principal, in his Official
and Individual Capacities;
CRAIG RAFAIL, Counselor, in his Official
and Individual Capacities; and
OTHER UNIDENTIFIED ROES,
In their Official and Individual Capacities.

    Defendants.

Case No. 2:18-cv-11435
Hon. Victoria A. Roberts
Magistrate Judge Mona K. Majzoub

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Upon stipulation of the parties;

IT IS ORDERED that the above-referenced case is dismissed with prejudice and without costs or attorney's fees to any party.

This is a final order and closes the case.

                                                s/ Victoria A. Roberts
                                                United States District Court Judge

Dated:  9/30/2019
Approved as to form and content:

*/s/ Karen Truszkowski* (w/permission)
KAREN TRUSZKOWSKI (P56929)
Attorney for Plaintiff


*/s/ Michael D. Weaver* (w/permission)  */s/ Thomas W. Werner*
MICHAEL D. WEAVER (P43985)  THOMAS W. WERNER (P67492)
COURTNEY NICHOLS (P75160)  Attorney for Defendant Craig Rafail
Attorney for Defs. Dexter Comm.
Schools, Timmis & Moran